CLARENCE T. GLICK, APPELLEE, V. E. S. WOLFENBARGER
ET AL., APPELLANTS.

FILED OCTOBER 24, 1930. No. 27406.

*Chambers & Holland,* for appellants.

*Richard F. Stout, contra.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBER-
LY and DAY, JJ., and REDICK, District Judge.

PER CURIAM.

Plaintiff brought this action in the district court for Lancaster county to recover damages for personal injuries alleged to have been sustained by reason of a collision between an automobile owned by defendant E. S. Wolfenbarger and a milk wagon driven by plaintiff. The jury returned a verdict for plaintiff in the sum of $5,500, of which $2,500 was remitted by order of the trial court. From a judgment entered for plaintiff for $3,000 defendants have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.